UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

BYRD & ASSOCIATES, PLLC, ET AL.                                              PLAINTIFFS

V.                                                     CIVIL ACTION NO. 3:07CV487 DPJ-JCS

EVANSTON INSURANCE COMPANY, ET AL.                                    DEFENDANTS


JUDGMENT

For the reasons given on the record at the hearing on Defendants' motion for summary judgment,

IT IS HEREBY ORDERED that Plaintiffs' claims are dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 27th day of February, 2009.

                                        s/ *Daniel P. Jordan III*
                                        UNITED STATES DISTRICT JUDGE